# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAKED WHEY, INC., a Florida corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>NAKED WARRIOR RECOVERY LLC, a Delaware limited liability company, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 2:24-CV-00828-MRA (SSCx)<br><br>**ORDER ENTERING CONSENT JUDGMENT AND PERMANENT INJUNCTION [87]**<br><br>Hon. Mónica Ramírez Almadani |

The Court, having considered the Parties' fully executed Consent Judgment and Permanent Injunction, and finding good cause therefor, hereby ORDERS as follows:

1. The Consent Judgment and Permanent Injunction is ENTERED as the final judgment of this Court. All terms and conditions set forth therein are incorporated by reference and shall have full force and effect.

2. The Court expressly finds that it has subject matter jurisdiction over this action and personal jurisdiction over the Parties.

3. The permanent injunction set forth in the Consent Judgment and Permanent Injunction shall take effect immediately upon entry of this Order and shall remain in effect unless and until modified by further order of the Court.

4. The Court retains continuing jurisdiction over this matter for the purpose of enforcing and interpreting the Consent Judgment and Permanent Injunction.

**IT IS SO ORDERED.**

Dated: March 26, 2026

HON. MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE

ORDER ENTERING CONSENT JUDGMENT AND
PERMANENT INJUNCTION

-2-

CASE NO. 2:24-CV-00828-MRA (SSCX)

152458925.1 0084300-00002